No. —. MEDLEY v. UNITED STATES. December 20, 1946. Motion for stay of execution denied. *James J. Laughlin* for petitioner.

No. —. ST. LOUIS-SAN FRANCISCO RAILWAY Co. v. STEDMAN ET AL. December 23, 1946. The application for a stay is denied. *William V. Hodges* for petitioner. *George D. Gibson, Leonard D. Adkins* and *Edwin S. S. Sunderland* for respondents.

No. 12, original. UNITED STATES v. CALIFORNIA. December 23, 1946. The motion of Robert E. Lee Jordan for leave to intervene is denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 80, Misc. EX PARTE MILLER. December 23, 1946. The motion for leave to file petition for writ of habeas corpus is denied.

No. 78, Misc. EX PARTE HICKS; and
No. 81, Misc. EX PARTE PRESSLEY. December 23, 1946. The motions for leave to file petitions for writs of certiorari are denied.

No. 145. UYEKI v. STYER, COMMANDING GENERAL. January 6, 1947. *Per Curiam:* The writ of certiorari in this case is dismissed for the reason that the case is moot. *John E. McCullough* for petitioner. *Solicitor General McGrath* and *Frederick Bernays Wiener* for respondent.